UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-141-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC VERSHAWN MARKS | ORDER TO EXTEND PRETRIAL<br>MOTIONS DEADLINE |

This matter having come before the Court by an unopposed motion of the Office of the Federal Public Defender to extend the time for pretrial motions, and for good cause shown, it is hereby ORDERED that the said deadline shall be extended to September 30, 2014, and responses are due by October 14, 2014.

It is further ordered that any delay that results from this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

This __5__ day of September, 2014.

_____
JAMES C. DEVER, III
United States District Court Judge