UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-141-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| ERIC VERSHAWN MARKS | |

On motion of the Defendant, Eric Vershawn Marks, and for good cause shown, it is hereby ORDERED that the **[DE48 ]** be sealed until further notice by this Court.

IT IS SO ORDER.

This __11__ day of February, 2015.

JAMES C. DEVER, III
Chief United States District Judge