UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-141-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| ERIC VERSHAWN MARKS | ) | |

Upon Motion of the United States, it is hereby ORDERED that the Government's Response to Defendant's Sentencing Memorandum, DE-53 in the above-captioned matter be sealed until such time as requested to be unsealed by the United States Attorney and/or ordered unsealed by the court. It is FURTHER ORDERED that the Clerk of Court provide a signed copy of this Order to the United States Attorney's Office and Counsel for Defendant.

This, the **16** day of **February**, 2015.

_____
JAMES C. DEVER III
Chief United States District Judge